CASEY JENSEN, Bar No. 263593
Email: cjensen@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, and SOUTHWEST REGIONAL COUNCIL OF CARPENTERS/NEW MEXICO RETIREMENT TRUST FUND

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS; and SOUTHWEST REGIONAL COUNCIL OF CARPENTERS/NEW MEXICO RETIREMENT TRUST FUND,<br><br>Plaintiffs,<br><br>RODRIGUEZ PLASTERING, INC., a New Mexico corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-06811-JFW(Ex)<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this action be dismissed without prejudice, subject to reopening if settlement is not consummated by July 1, 2022.

Dated: April 29, 2019

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE